Matter of Cassidy (2026 NY Slip Op 00302)

Matter of Cassidy

2026 NY Slip Op 00302

Decided on January 22, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 22, 2026

PM-14-26
[*1]In the Matter of Margaret M. Cassidy, an Attorney. (Attorney Registration No. 3047685.)

Calendar Date:January 20, 2026

Before:Reynolds Fitzgerald, J.P., Ceresia, Fisher, McShan and Mackey, JJ.

Margaret M. Cassidy, Marshall, Virginia, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Margaret M. Cassidy was admitted to practice by this Court in 2000 and lists a business address in Warrenton, Virginia with the Office of Court Administration. Cassidy now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Cassidy's application.
Upon reading Cassidy's affidavit sworn to September 29, 2025 and filed November 17, 2025, and upon reading the January 12, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Cassidy is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Reynolds Fitzgerald, J.P., Ceresia, Fisher, McShan and Mackey, JJ., concur.
ORDERED that Margaret M. Cassidy's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Margaret M. Cassidy's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Margaret M. Cassidy is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Cassidy is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Margaret M. Cassidy shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.